# MANDATE

W.D.N.Y.
22-cv-563
Sinatra, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of November, two thousand twenty-three.

Robert W. Johnson,

        *Petitioner*,

v.          23-824

Erie County City Court, et al.,

        *Respondents*.

In 2021, this Court entered a leave-to-file sanction against Petitioner, barring him from "filing any future appeal . . . unless he first obtains leave of the Court to file such appeal." *See Johnson v. N.Y. Police Dep't*, 2d Cir. 20-2798, doc. 55. Petitioner now moves for leave to file this appeal. Upon due consideration, it is hereby ORDERED that the motion is DENIED because the appeal does not depart from Petitioner's "prior pattern of vexatious filings." *In re Martin-Trigona*, 9 F.3d 226, 229 (2d Cir. 1993).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 11/30/2023